SOUTH AFRICAN AIRWAYS, Petitioner, v. NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—

Concur —
Stevens, P. J., McGivern, Markewich and Steuer, JJ.